**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA and the COMMONWEALTH OF MASSACHUSETTS,<br><br>Plaintiffs, ex rel.<br><br>LISA WOLLMAN, M.D.,<br><br>Plaintiff-Relator,<br><br>v.<br><br>THE GENERAL HOSPITAL CORPORATION (d/b/a the Massachusetts General Hospital), THE MASSACHUSETTS GENERAL HOSPITAL'S PHYSICIAN'S ORGANIZATION and PARTNERS HEALTHCARE SYSTEM, INC.,<br><br>Defendants. | Civil Action No. 15-11890-ADB |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and among Lisa Wollman, M.D., the United States of America, the Commonwealth of Massachusetts, The General Hospital Corporation (d/b/a the Massachusetts General Hospital), the Massachusetts General Hospital's Physician's Organization, and Mass General Brigham (f/k/a Partners Healthcare System, Inc.) that the above-named Civil Action No. 15-cv-11890 and all claims asserted therein are dismissed with prejudice in all respects and that each party waives all rights of appeal.

Dated: March 2, 2022					Respectfully submitted,


						*/s/ Martin F. Murphy*
						Martin F. Murphy (BBO #363250)
						 mmurphy@foleyhoag.com
						Neil Austin (BBO #657204)
						 naustin@foleyhoag.com
						Madeleine K. Rodriguez (BBO #684394)
						 mrodriguez@foleyhoag.com
						Aaron F. Lang (BBO #693352)
						 alang@foleyhoag.com
						FOLEY HOAG LLP
						155 Seaport Boulevard
						Boston, MA 02210
						Tel: (617) 832-1000
						Fax: (617) 832-7000

						**Counsel for The General Hospital Corporation (d/b/a the Massachusetts General Hospital), The Massachusetts General Hospital's Physician's Organization and Partner's Healthcare System, Inc.**

						*/s/ Reuben A. Guttman*
						Reuben A. Guttman*
						 rguttman@gbblegal.com
						Traci L. Buschner*
						 tbuschner@gbblegal.com
						Justin S. Brooks*
						 jbrooks@gbblegal.com
						Elizabeth H. Shofner*
						 lshofner@gbblegal.com
						GUTTMAN, BUSCHNER, & BROOKS PLLC
						2000 P Street, N.W., Suite 300
						Washington, D.C. 20036
						Tel: (202) 800-3001

Paul R. Mastrocola (BBO# 630664)
 *pmastrocola@burnslev.com*
Laura R. Studen (BBO# 483690)
 *lstuden@burnslev.com*
Neerja Sharma (BBO# 654762)
 *nsharma@burnslev.com*
BURNS & LEVINSON LLP
125 High Street
Boston, MA 02210
Tel:  617-345-3000
Fax: 617-345-3299

*Admitted *pro hac vice*

**Counsel for Relator Wollman**


 */s/ Abraham R. George*_____
Abraham R. George (BBO# 668949)
  Abraham.George@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel:  617-748-3261

**Counsel for United States of America**


 */s/ Kevin Lownds*_____
Amy Crafts (BBO# 667844)
 Amy.Crafts@state.ma.us
Kevin Lownds (BBO# 685274)
 Kevin.Lownds@state.ma.us
Assistant Attorneys General
Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108
Tel:  616-727-2200

**Counsel for Commonwealth of Massachusetts**

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as unregistered participants on March 2, 2022.

                                                                                      */s/Aaron Lang*
                                                                                       Aaron Lang